IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 28 PM 3: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| RICKEY LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-2696 DV |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on October 20, 2005.

Present were James D. Bergstrom, counsel for plaintiff, and Jeremy G. Alpert of Glankler

Brown, PLLC, counsel for defendant. At the conference, the following dates were established as

the final dates for:

**INITIAL DISCLOSURES PURSUANT to Fed.R.Civ.P. 26(a)(1):**      November 3, 2005

**JOINING PARTIES:**      December 20, 2005

**AMENDING PLEADINGS:**      December 20, 2005

**INITIAL MOTIONS TO DISMISS:**      January 20, 2006

**COMPLETING ALL DISCOVERY:**      April 20, 2006

    **(a)**      **DOCUMENT PRODUCTION:**      April 20, 2006

    **(b)**      **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:**      April 20, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

**(c)** **EXPERT WITNESS DISCLOSURE (Rule 26):**

    **(1)** **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION (including expert report):** February 20, 2006

    **(2)** **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION (including expert report):** March 20, 2006

    **(3)** **EXPERT WITNESS DEPOSITIONS:** April 21, 2006

**FILING DISPOSITIVE MOTIONS:** May 22, 2006.

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last two to three days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

2

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED.**

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: October 28, 2005

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02696 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Walter W. Davis
JONES DAY
1420 Peachtree Street, N.E.
Suite 8000
Alanta, GA 30309--305

James Bergstrom
THE BERGSTROM LAW OFFICE
1000 Appling Meadow Dr.
Cordova, TN 38018

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT