IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 28  AM 6: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| RICKEY LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-2696 DV |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF WALTER W. DAVIS**

IT APPEARING TO THE COURT that the motion of Walter W. Davis for admission *pro hac vice* should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Walter W. Davis is admitted *pro hac vice* for the purpose of appearing on behalf of Experian Information Solutions, Inc. in the above-captioned action.

Judge Bernice B. Donald
United States District Judge

Date: November 28, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11/28/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02696 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Walter W. Davis
JONES DAY
1420 Peachtree Street, N.E.
Suite 8000
Alanta, GA 30309--305

James Bergstrom
THE BERGSTROM LAW OFFICE
1000 Appling Meadow Dr.
Cordova, TN 38018

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT