FILED BY _____ D.C.

05 DEC 14  AM 6: 47

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

RICKEY LOGAN,

    Plaintiff,

vs.

    Case No.  05-2696 D V

EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendant.

## ORDER TO SHOW CAUSE

On October 3, 2005, Defendant Experian Information Solutions, Inc., filed a Motion for Judgment on the Pleadings. To date, Plaintiff has not responded to Defendant's motion, nor sought additional time to respond.

Accordingly, the court hereby orders Plaintiff to show cause why Defendant's motion should not be granted. Plaintiff has on or before January 9, 2006, in which to file a response to the motion. If Plaintiff fails to response, the motion will be decided on the existing record without further notice.

IT IS SO ORDERED this __13__ day of __December__ 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12/14/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02696 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Walter W. Davis
JONES DAY
1420 Peachtree Street, N.E.
Suite 8000
Alanta, GA 30309--305

James Bergstrom
THE BERGSTROM LAW OFFICE
1000 Appling Meadow Dr.
Cordova, TN 38018

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT